384 A.2d 989

Commonwealth v. Miller, Appellant.

 Argued November 21, 1977. Gary Lee Costlow, Assistant Public Defender, for appellant; D. McGlynn, Assistant District Attorney, with him D. Gerard Long, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.